# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

RUFUS LOVELL BROOKS

    Plaintiff(s),

**v.**

SAC WIRELESS, INC

    Defendant(s).

**DOCKETING STATEMENT**

**CASE NO.** 19-2953

## I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction as a (civil) (criminal) action arising under the laws of the United States pursuant to  28  U.S.C. § 2107 .

## II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final decision of the U.S. District Court for the Eastern District of Illinois entered on 8-23-2019 by the Honorable  Edmond E. Chang .

The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 210 .

The Notice of Appeal was filed with the District Court on 9-23-2019 .

Dated at Orlando, Florida, this 29th day of April, 2020 .

P. O. ADDRESS:  
14016 Myrtlewood Drive

Orlando, FL

Name: Rufus Lovell Brooks